1  Robert R. Pohls (California Bar #131021)
   **POHLS & ASSOCIATES**
2  12657 Alcosta Boulevard, Suite 150
   San Ramon, California  94583
3  Telephone:  (925) 973-0300
   Facsimile:  (925) 973-0330
4
   Attorney for Defendant **State Farm**
5  **Mutual Automobile Insurance Company**

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9

10 | ALAN SUKIN,                                    | Case No. C07-2829-JCS
11 |        Plaintiff,                              | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**
12 |   vs.
13 | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STATE FARM INSURANCE COMPANIES, THE
14 | COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES
15 | 1-50, inclusive,
16 |        Defendants.

17

18

19     The motion of defendant State Farm Mutual Automobile Insurance Company (also

20 erroneously sued herein as defendant State Farm Insurance Companies and hereinafter

21 referred to as "State Farm") to dismiss plaintiff's complaint pursuant to Rule 12(b)(6) of the

22 Federal Rules of Civil Procedure came on for hearing in Courtroom A of the above-entitled

23 court on July 9, 2007.  Robert R. Pohls of Pohls & Associates appeared on behalf of State

24 Farm.  Ray Bourhis appeared on behalf of plaintiff Alan Sukin.

25     Having reviewed the papers filed in support of and in opposition to the motion, having

26 considered the oral argument of counsel, and good cause appearing therefor,

27 ///

28 ///

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant's motion to
2 dismiss plaintiff's complaint be and hereby is GRANTED and that plaintiff's complaint be and
3 hereby is DISMISSED in its entirety and with prejudice.

5 DATE: _____                    _____
6                                          UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

***Alan Sukin v. State Farm Mutual Automobile Insurance Company, et al.***
***U.S. District Court, Northern District of California, Case No. C07-2829-JCS***

I, Robert R. Pohls, declare that I am over the age of eighteen years, and not a party to this action or proceeding. My business address is 12657 Alcosta Boulevard, Suite 150, San Ramon, CA 94583. On May 31, 2007, I caused the following document(s) to be served:

### [PROPOSED] ORDER GRANTING
### DEFENDANT'S MOTION TO DISMISS

⬤ in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

Ray Bourhis, Esq.
Lawrence Mann, Esq.
***Bourhis & Mann***
1050 Battery Street
San Francisco, California 94111

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 31, 2007, at San Francisco, California.

_____
Robert R. Pohls