1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7  ALAN SUKIN,                           No. C 07-02829 JCS
8         Plaintiff(s),
                                          DECLINATION TO PROCEED BEFORE
9    v.                                   A MAGISTRATE JUDGE
                                          AND
10 STATE FARM MUTUAL AUTOMOBILE           REQUEST FOR REASSIGNMENT TO A
   INS CO,                                UNITED STATES DISTRICT JUDGE
11
12        Defendant(s).
                                    /
13
14
15    REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

16    The undersigned party in the above-captioned civil matter hereby declines to consent to the
17 assignment of this case to a United States Magistrate Judge for trial and disposition and hereby
18 requests the reassignment of this case to a United States District Judge.
19
20
21 Dated: _June 6, 2007_        _Laurence Mann_
                                 Signature
22
23                              Counsel for _PLAINTIFF_
                                (Name or party or indicate "pro se")
24
                                         ALAN SUKIN
25
26
27
28

3

## PROOF OF SERVICE

*Alan Sukin v. State Farm Mutual Automobile Insurance Company, The Commissioner of the California Department of Insurance, and Does 1 through 20, Inclusive U.S. District Court, Northern District of California, Case No. C07-2829 JCS*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On June 6, 2007, I will serve the following documents:

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO:<br>Robert R. Pohls, Esq.<br>POHLS & ASSOCIATES<br>12657 Alcosta Blvd., Ste. 150<br>San Ramon, California 94583<br>Tel: (925) 973-0300<br>Fax: (925) 973-0330<br>rpohls@califehealth.com | COMMISSIONER FOR THE CALIFORNIA DEPARTMENT OF INSURANCE<br>Julian Standen, Esq.<br>Deputy Attorney General<br>455 Golden Gate Avenue,, Ste. 1100<br>San Francisco, CA 94102<br>phone: (415) 703-5535<br>email: julian.standen@doj.ca.gov |

(X) (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on June 6, 2007.

*/s/ Mary M. Martin*
Mary M. Martin

---

1
Case No.: C 07-2829 JCS (E-FILING)

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE