Robert R. Pohls (California Bar #131021)
**POHLS & ASSOCIATES**
12657 Alcosta Boulevard, Suite 150
San Ramon, California  94583
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

Attorney for Defendant **State Farm Mutual Automobile Insurance Company**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN SUKIN,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STATE FARM INSURANCE COMPANIES, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. CV07-02829-VRW<br><br>**SECOND AMENDED NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>DATE:              August 30, 2007<br>TIME:              2:00 p.m.<br>COURTROOM:  6 (Hon. Vaughn R. Walker) |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the motion of defendant State Farm Mutual Automobile Insurance Company (also erroneously sued herein as defendant State Farm Insurance Companies and hereinafter referred to as "State Farm") to dismiss plaintiff's complaint with prejudice will be heard in Courtroom 6 at 2:00 p.m. on August 30, 2007, rather than on the date and at the time and place set forth in either the original notice or (first) amended notice given for that motion.

POHLS & ASSOCIATES

_____
Robert R. Pohls
Attorney for Defendant **State Farm Mutual Automobile Insurance Company**

# PROOF OF SERVICE

**Alan Sukin v. State Farm Mutual Automobile Insurance Company, et al.**
**U.S. District Court, Northern District of California, Case No. CV07-02829-VRW**

I, Robert R. Pohls, declare that I am over the age of eighteen years, and not a party to this action or proceeding. My business address is 12657 Alcosta Boulevard, Suite 150, San Ramon, CA 94583. On June 7, 2007, I caused the following document(s) to be served:

**SECOND AMENDED NOTICE OF MOTION AND MOTION TO DISMISS**

☉ in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

Ray Bourhis, Esq.
Lawrence Mann, Esq.
**Bourhis & Mann**
1050 Battery Street
San Francisco, California 94111

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 7, 2007, at San Ramon, California.

_____
Robert R. Pohls