UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALAN SUKIN,

        Plaintiff(s),                  Case No. C 07-2829 VRW

    v.

                                  <u>CLERK'S NOTICE</u>

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,

        Defendant(s).
_____/

This action having been reassigned to Chief Judge Vaughn R Walker;

      YOU ARE NOTIFIED THAT the hearing on Defendant State Farm Mutual Automobile Insurance Co's Motion to Dismiss noticed for August 30, 2007 has been CONTINUED to September 13, 2007 at 2:00 p.m.

      YOU ARE FURTHER NOTIFIED THAT a Case Management Conference has been scheduled for **Tuesday, October 30, 2007 at 9:00 a.m.** before the Honorable Vaughn R Walker. Parties shall file a joint case management conference statement one week prior to the conference.

Please report to Courtroom No. 6, on the 17th floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

To obtain Judge Walker's Standing Order and Calendar, log-on to the Court's website at *www.cand.uscourts.gov*

Dated: June 20, 2007

                                  By: /s/ Cora Klein
                                       Courtroom Deputy Clerk to
                                       Chief Judge Vaughn R Walker

attachments                                 1