1  Ray Bourhis, Esq. SBN 53196
   Lawrence Mann, Esq. SBN 83698
2  Bennett M. Cohen, Esq. SBN 90865
3  **BOURHIS & MANN**
   1050 Battery Street
4  San Francisco, CA 94111
   Tel: (415) 392-4660
5  Fax: (415) 421-0259

6  Attorneys for Plaintiff ALAN SUKIN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN SUKIN, | Case No.: C 07 2829 VRW (E-FILING) |
| Plaintiff, | DECLARATION OF PLAINTIFF ALAN SUKIN IN SUPPORT OF PLAINTIFF ALAN SUKIN'S MOTION TO REMAND BACK TO STATE COURT |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1 – 20, inclusive, | DATE:  Thursday, August 16, 2007<br>TIME:  2:00 P.M.<br>PLACE: Courtroom 6, 17th Floor |
| Defendants. | [Filed concurrently with Plaintiff's Notice of Motion and Motion to Remand; Declarations; [Proposed] Order]<br><br>TRIAL DATE: NONE SET |

I, ALAN SUKIN, hereby declare:

1.  I am the Plaintiff in the instant action. I have personal knowledge of the facts stated herein and, if called to testify I could and would so testify.

1

Case No.: C 072597 JSW (E-FILING)
DECLARATION OF PLAINTIFF ALAN SUKIN IN SUPPORT OF PLAINTIFF ALAN SUKIN'S MOTION TO REMAND BACK TO STATE COURT

2.   I have never received by mail or otherwise any document or writing of any kind from the California Department of Insurance or the Commissioner of the California Department of Insurance relating to the approval of insurance policy provisions or relating to any other matter of any kind.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of July, 2007, at ___Folsom___, California.

_____
ALAN SUKIN

2

Case No. C 07-2829 VRW (E-FILING)
DECLARATION OF ALAN SUKIN IN SUPPORT OF PLAINTIFF ALAN SUKIN's
MOTION TO REMAND BACK TO STATE COURT

# PROOF OF SERVICE
*Alan Sukin v. State Farm Mutual Automobile Insurance Company, et al.*
*U.S. District Court, Northern District of California, Case No. C07- 07-2829 VRW*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On July 2, 2007, I will serve the following documents:

DECLARATION OF BENNETT M. COHEN IN SUPPORT OF PLAINTIFF ALAN SUKIN'S MOTION TO REMAND BACK TO STATE COURT

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

**FOR DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY:**
Robert R. Pohls, Esq., SBN 131021
POHLS & ASSOCIATES
12657 Alcosta Blvd., Ste. 150
San Ramon, CA 94583
Trel: (9825) 973-0300
Ffax: (925) 973-0330
rpohls@califehealth.com

COMMISSIONER FOR THE CALIFORNIA DEPARTMENT OF INSURANCE
Julian Standen, Esq.
Deputy Attorney General
455 Golden Gate Avenue,, Ste. 1100
San Francisco, CA 94102
phone: (415) 703-5535
email: julian.standen@doj.ca.gov

**(X) (FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on July 2, 2007.

_____
Mary M. Martin

---

3
**Case No.: C 072597 JSW (E-FILING)**
DECLARATION OF PLAINTIFF ALAN SUKIN IN SUPPORT OF PLAINTIFF ALAN SUKIN'S MOTION TO REMAND BACK TO STATE COURT