1  Robert R. Pohls (California Bar #131021)
   **POHLS & ASSOCIATES**
2  12657 Alcosta Boulevard, Suite 150
   San Ramon, California  94583
3  Telephone:  (925) 973-0300
   Facsimile:  (925) 973-0330
4
   Attorney for Defendant **State Farm
5  Mutual Automobile Insurance Company**

6
                    **UNITED STATES DISTRICT COURT**
7
                    **NORTHERN DISTRICT OF CALIFORNIA**
8

9

10 ALAN SUKIN,                                  Case No. C07-2829-VRW

11         Plaintiff,                           **PROOF OF SERVICE**

12    vs.

13 STATE FARM MUTUAL AUTOMOBILE
   INSURANCE COMPANY, STATE FARM
14 INSURANCE COMPANIES, THE
   COMMISSIONER OF THE CALIFORNIA
15 DEPARTMENT OF INSURANCE and DOES
   1-50, inclusive,
16
           Defendants.
17

## PROOF OF SERVICE

*Alan Sukin v. State Farm Mutual Automobile Insurance Company, et al.*
*U.S. District Court, Northern District of California, Case No. C07-2829-VRW*

I, Robert R. Pohls, declare that I am over the age of eighteen years, and not a party to this action or proceeding. My business address is 12657 Alcosta Boulevard, Suite 150, San Ramon, CA 94583. On August 23, 2007, I caused the following document(s) to be served:

**DEFENDANT STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY'S
OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

**DECLARATION OF ROBERT R. POHLS
IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

☒ in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

Ray Bourhis, Esq.
Lawrence Mann, Esq.
**Bourhis & Mann**
1050 Battery Street
San Francisco, California 94111

Julian Standen, Esq.
Deputy Attorney General
**California Department of Insurance**
455 Golden Gate Avenue, Ste. 1100
San Francisco, California 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 23, 2007, at San Ramon, California.

_____
Robert R. Pohls