# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL  MINUTE ORDER

### VAUGHN R. WALKER
United States District Chief Judge

**DATE:**   September 13,   2007

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:**   Sahar McVickar

**CASE NO.**  C 07-2829  VRW

**TITLE:** Alan Sukin   v. State Farm Mutual Automobile Insurance Co et al

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Laurence Mann | Robert Pohls |
| Bennett Cohen | Stacey Legsk |

**PROCEEDINGS:**   1. State Farm's Motion to Dismiss.
2. Plaintiff's Motion to Remand.

**RESULTS:**        The Court heard argument from counsel.
The Court took the matter(s) under-submission.
Court to issue written ruling.