**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 16, 2007

Superior Court of California

County of San Francisco

CIVIC CENTER COURTHOUSE
400 McAllister Street
San Francisco, CA 94102-4514

RE:  CV 07-02829 VRW    ALAN SUKIN-v-STATE FARM MUTUAL AUTOMOBILE INS CO
      Your Case Number: (CGC-07-462577)

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

|     |     |
| --- | --- |
| (X) | Certified copies of docket entries |
| (X) | Certified copies of Remand Order |
| ( ) | Other |

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Gwen Agid
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg